145 A.3d 720

**Donte ROLLINS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

No. 108 EM 2016.

Supreme Court of Pennsylvania.

Sept. 1, 2016.

## ORDER

PER CURIAM.

AND NOW, this 1st day of September, 2016, the Application for Leave to File Original Process is **GRANTED**.

508

The Petition for Writs of Mandamus and Prohibition is **DENIED, WITHOUT PREJUDICE** to Petitioner to pursue similar relief in this Court following the impending hearings before the common pleas court.